ACCEPTED
05-17-01207-cr
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/27/2018 1:55 PM
LISA MATZ
CLERK

# DALLAS COUNTY
# DISTRICT ATTORNEY
**Appellate Division**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

3/27/2018 1:55:09 PM

LISA MATZ
Clerk

Tuesday, March 27, 2018

Lisa Matz,
Clerk, Court of Appeals, Fifth District
600 Commerce Street, Suite 200
Dallas, Texas 75202

RE:   Cause No. 05-17-01207-CR,
      *Marcus Bartholomew Booker v. The State of Texas*
      Notice of Counsel for State of Texas

Ms. Matz,

I will be representing the State of Texas in this appeal.

Sincerely,

/s/ **Anne B. Wetherholt**

ANNE B. WETHERHOLT
ASSISTANT DISTRICT ATTORNEY
STATE BAR NO. 21235300
FRANK CROWLEY COURTS BLDG.,
133 N. RIVERFRONT BLVD., LB 19
DALLAS, TEXAS 75207-4399
Anne.Wetherholt@dallascounty.org
(214) 653-3639

CC:   John Tatum, Attorney for Appellant

133 N. Riverfront Boulevard,  LB-19,  Dallas, Texas  75207-4399                    [214] 653-3600